1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EARNEST GODFREY LOGAN, JR.,              No.  2:24-cv-3345 DAD AC

12              Plaintiff,

13         v.                                   ORDER

14    FOOD 4 LESS and Campbell Soup
      Company,

15
                Defendants.
16

17        Plaintiff, who is proceeding in pro se, filed this case on December 2, 2024 and paid the

18    filing fee.  The federal venue statute provides that a civil action "may be brought in (1) a judicial

19    district in which any defendant resides, if all defendants are residents of the State in which the

20    district is located, (2) a judicial district in which a substantial part of the events or omissions

21    giving rise to the claim occurred, or a substantial part of property that is the subject of the action

22    is situated, or (3) if there is no district in which an action may otherwise be brought as provided in

23    this action, any judicial district in which any defendant is subject to the court's personal

24    jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

25        In this case, the claims arose in Los Angeles, California, which is in the Central District of

26    California.  ECF No. 1 at 2.  The plaintiff listed an address for himself in Los Angeles, California,

27    and plaintiff listed an address for defendant Food 4 Less in Los Angeles, California.  ECF No. 1-2

28    at 1.  Plaintiff indicated Campbell Soup Company is located in the state of New Jersey.  Id.  All of

1  the events described in the complaint took place in Los Angeles.  ECF No. 1 at 2.  None of the

2  parties, nor any of the facts alleged in the complaint, relate to the Eastern District of California.

3  Therefore, plaintiff's case should have been filed in the United States District Court for the

4  Central District of California.  In the interest of justice, a federal court may transfer a complaint

5  filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire,

6  512 F.2d 918, 932 (D.C. Cir. 1974).

7          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

8  States District Court for the Central District of California.

9  DATED: January 2, 2025

10 _____
   ALLISON CLAIRE
11 UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2