# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ernest Godfrey Logan, Jr.,<br><br>    Plaintiff,<br><br>v.<br><br>Food 4 Less *et al.*,<br><br>    Defendants. | Case No. 2:25-cv-00735-AH-(AJRx)<br><br>**FINAL JUDGMENT** |

For the reasons stated in the separate order of dismissal entered on April 14, 2025, this action is dismissed without prejudice.

This is a final judgment.

Dated: April 16, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE